No. 620. ILLINOIS CENTRAL RAILROAD COMPANY *v.* C. B. JOHNSON. Error to the Supreme Court of the State of Alabama. Motion to dismiss or affirm submitted February 28, 1921. Decided March 7, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Augustus Benners, Mr. W. S. Horton* and *Mr. R. V. Fletcher* for plaintiff in error. *Mr. William Augustus Denson* for defendant in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF WILLIAM BRADLEY ET AL., PETITIONERS. Submitted February 28, 1921. Decided March 7, 1921. Motion for leave to file petition for a writ of certiorari herein denied. *Mr. Ralph E. Moody* for petitioners.

---

No. —, Original. *Ex parte:* IN THE MATTER OF EGRY REGISTER COMPANY, PETITIONER. Submitted February 28, 1921. Decided March 7, 1921. Motion for leave to file petition in contempt herein denied. *Mr. H. A. Toulmin* and *Mr. H. A. Toulmin, Jr.,* for petitioner.

---

No. 389. CORNELIUS C. WATTS ET AL. *v.* ELY REAL ESTATE & INVESTMENT COMPANY. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. Motion submitted February 28, 1921. Decided March 7, 1921. Motion to dismiss the petition for writ of certiorari in this case for want of prosecution granted. *Mr. S. L. Kingan, Mr. Herbert Noble* and *Mr. Hartwell P. Heath* for petitioners. *Mr. Selim M. Franklin* for respondent.